| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>KORMAN, Edward R | 2. Court or Organization<br><br>U.S. District Court - EDNY | 3. Date of Report<br><br>5/13/2 5 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>hief Judge (Active) | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial ⦿ Annual ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>Unite States Courthouse<br>225 Cadman Plaza East<br>Brooklyn, N.Y. 11201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member of Board of Trustees | Brooklyn Law School |
| 2. Member of Board of Trustees | On Your Mark Inc. |
| 3. Member of Borad of Trustees | Greenwood School |

## II. AGREEMENTS. (Reporting individual only; see pp. 1 -16 of filing instructions)

☑ **NONE** - ( o reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2015 MAY 18 A 10: 45 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | None other than my salary | |

### B. Spouse's Non-Investment Income. (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | New York City - Salary |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KORMAN, Edward R | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transaction during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Citibank N.A./Deposit Program | A | Interest | J | T | | | | | |
| 2. Sun Microsystems Inc. | NONE | | J | T | SOLD/ PARTIAL | 12/31 | J | N ONE | |
| 3. Hewlett Packard (Common) | A | Dividend | K | T | | | | | |
| 4. Intel (Common) | A | Dividend | K | T | | | | | |
| 5. Flextronics International | NONE | | J | T | | | | | |
| 6. Time Warner | NONE | | K | T | | | | | |
| 7. Agilent Technologies | NONE | | J | T | | | | | |
| 8. Vanguard Group: 500 Portfolio (Mutual Fund) | A | Dist/Div. | L | T | | | | | |
| 9. Vanguard Group: Total Stock Market Portfolio (Mut. Fund) | B | Dist/Div. | L | T | | | | | |
| 10. Vanguard Group: Energy Fund ( utual Fund) | A | Dist/Div | K | T | BUY | 6/21 | | | |
| 11. Mutual Discovery Fund Z (Mutual Fund) | B | Dist/Div. | K | T | | | | | |
| 12. T.R. Price Blue Chip Growth Fund (Mutual Fund) | A | Dist/Div. | K | T | | | | | |
| 13. T.R. Price Mid-Cap Growth Fund (Mutual Fund) | A | Dist/Div. | K | T | | | | | |
| 14. T.R. Price Sci. & Tec. Fund (Mutual Fund) | A | Dist/Div. | K | T | | | | | |
| 15. T.R. Price - Money Market Fund | A | Dividend | J | T | | | | | |
| 16. Chase Bank Account | A | Interest | J | T | | | | | |
| 17. City of N.Y. Deferred Compensation Plan | NONE | - | M | T | | | | | |
| 18. U.S. Treasury Bonds | A | Interest | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

The U.S. Treasury Bonds listed in Part VII (18) were inadvertently omitted from my 2003 financial report.  They appear on the report for 2002 and prior years..

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | KORMAN, Edward R | 5/13/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date ___5/13/05___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544